IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHESTER VAUGHN                                                                    PLAINTIFF

v.            Civil No.6:17-CV-06046-PKH-BAB

WARDEN JAMES HOOT GIBSON,                                                DEFENDANTS
ASSISTANT WARDEN A. JACKSON,
DISCPLINARY HEARING OFFICER
JUSTINE MINOR, LT. SETH MAXWELL,
DEPUTY DIRECTOR DEXTER PAYNE,
OFFICER T. STOUGENBURG

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 5th day of October 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE